CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/17/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:22-CR-00007 |
| v. | ORDER |
| JERIWON TAYLOR, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

Petitioner Jeriwon Taylor moves *pro se* to vacate, set aside, or correct his sentence due to alleged ineffective assistance of counsel, pursuant to 28 U.S.C. § 2255. Dkt. 80 (habeas corpus petition). Taylor makes three arguments: First, his counsel should have done more to attack the Government's case, given reliability issues with the Government's key informant. Second, his counsel did not file an appeal, as he requested. Third, his counsel "attempted to solicit" his spouse.

For the reasons stated in the accompanying memorandum opinion, Taylor's motion, Dkt. 80, is **DENIED in part.** The Court DENIES Taylor's motion *except* for the portion of his motion which alleges that his counsel failed to file a requested appeal. As to that issue, the Court **DIRECTS** that an evidentiary hearing be scheduled to determine whether Taylor in fact requested that an appeal be filed. The Government shall contact the Scheduling Clerk, Carmen Amos, to schedule this matter.

The Government's motion to dismiss, Dkt. 85, is **GRANTED in part,** *except* for the failure to appeal issue.

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to Petitioner.

Entered this  17th  day of April, 2025.

                                                                                                *Norman K Moon*
                                                           NORMAN K. MOON
                                                           SENIOR UNITED STATES DISTRICT JUDGE